UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BAYCORP HOLDINGS LTD et al.,

    Plaintiffs,

v.                                                  CASE NO.: 1:13cv24-SPM/GRJ

CITY OF GAINESVILLE d/b/a
GAINESVILLE REGIONAL UTILITIES,

    Defendant.

_____/

## O R D E R

    This cause comes before the court on Plaintiffs' Motion for Leave to File a Reply Brief in Support of Plaintiffs' Motion for Preliminary Injunction. (Doc. 14). Defendant has filed a response in opposition of the motion. (Doc. 15). Upon consideration, it is hereby ORDERED that the motion (doc. 14) is GRANTED. Plaintiff shall file a reply brief, no more than ten pages, no later than **March 15, 2013**. Thereafter, defendant may file a response to the reply brief, no more than ten pages, no later than **March 22, 2013**.

    **DONE and ORDERED** this 11th day of March, 2013.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**